CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ELIZABETH M. PAPPY (SBN: 157069)
epappy@bwslaw.com
ALBERT TONG (SBN: 208439)
atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1503 Grant Road, Suite 200
Mountain View, CA 94040-3270
Telephone: (650) 327-2672
Facsimile: (650) 688-8333
Attorneys for Defendants
GCA Enterprises, LLC and Citti's Company

APPROVED
Judge Edward J. Davila
11/20/2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>GCA ENTERPRISES, LLC, a California Limited Liability Company;<br>CITTI'S COMPANY, a California Corporation;<br>and Does 1-10,<br><br>　　　Defendants. | Case: 5:17-CV-02281-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal　　　　　　　　　　Case: 5:17-CV-02281-EJD

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 17, 2017     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: November 17, 2017     BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Elizabeth M. Pappy
    Elizabeth M. Pappy
    Albert Tong
    Attorneys for Defendants
    GCA Enterprises, LLC and Citti's
    Company

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Elizabeth M. Pappy, counsel for GCA Enterprises, LLC and Citti's Company, and that I have obtained Ms. Pappy's authorization to affix her electronic signature to this document.

Dated: November 17, 2017    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
　　Phyl Grace
　　Attorneys for Plaintiff